**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BEZA WONDOWOSEN TEFERA, | Case No.: 2:26-cv-00066-APG-MDC |
| Plaintiff | **Order** |
| v. | |
| UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, et al., | |
| Defendants | |

Plaintiff Beza Tefera filed a notice of non-opposition and requests that I consider the complaint for writ of mandamus as unopposed.  There are multiple defects with this filing.  First, when requesting relief, the plaintiff should file a motion, not a notice.  Second, instead of filing a notice of non-opposition, the plaintiff should have filed a motion for entry of clerk's default under Federal Rule of Civil Procedure 55(a).

Third, a motion under Rule 55 would be premature at this point because the plaintiff has not demonstrated that service on the United States has been completed.  The plaintiff's return of service shows only that the local United States Attorney's Office has been served. ECF No. 5.  But under Rule 4(i), to properly serve the United States, its agencies, officers, and employees sued in an official capacity, the plaintiff must (1) serve the United States by sending a copy to the local United States attorney and by registered or certified mail to the Attorney General of the United States at Washington, D.C., and (2) send a copy of the summons and complaint by registered or certified mail to the agency, officer, or employee.  The plaintiff has presented no evidence those steps have been accomplished.

/ / / /

I THEREFORE ORDER that I will not address the complaint as unopposed.

DATED this 26th day of March, 2026.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE