TODD BLANCHE
Acting Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney
District of Nevada
Nevada Bar No. 8264

NICOLE R. LEIBOW
Assistant United States Attorney
501 South Las Vegas Boulevard, Suite 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Fax: (702) 388-6787
Nicole.Leibow@usdoj.gov

*Attorneys for Federal Defendants*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Beza Wondowosen Tefera, | Case No. 2:26-cv-00066-APG-MDC |
| Plaintiff, | **Joint Stipulation of Voluntary Dismissal** |
| v. | |
| United States Citizenship and Immigration Services, *et al.*, | |
| Defendants. | |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff, Beza Wondowosen Tefera, and Defendants United States Citizenship and Immigration Services ("USCIS"), *et al.*, hereby enter this joint stipulation of voluntary dismissal of this action with prejudice to all parties and claims.

/ / /

All parties shall bear their own costs, attorney's fees, and expenses.

Respectfully submitted this 18th day of May 2026.

Immigration Legal Consulting, LLC

SIGAL CHATTAH
First Assistant United States Attorney

*/s/ Shaina Plaksin*
SHAINA PLAKSIN, Esq.
8275 S. Eastern Ave., Suite 200
Las Vegas, NV 89123
*Attorney for Plaintiff*

*/s/ Nicole Leibow*
NICOLE R. LEIBOW
Assistant United States Attorney
*Attorneys for Federal Defendants*

**IT IS SO ORDERED:**

**UNITED STATES DISTRICT JUDGE**

**DATED:** May 19, 2026

2